# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

CAMDEN IRON & METAL, INC., and EASTERN METAL RECYCLING, INC.,

*Plaintiffs*,

-*against*-

ANTHONY DAWSON and MORRIS FREEDMAN

*Defendants*.

STIPULATION AND ORDER

Civil Action No.:
1:13-cv-00490
(DNH/RFT)

## STIPULATION

**WHEREAS**, Plaintiffs Camden Iron and Metal, Inc. and Eastern Metal Recycling, Inc. commenced this action by filing the underlying Summons and Complaint on April 30, 2013; and

**WHEREAS**, on July 15, 2013, Defendants Anthony Dawson and Morris Freedman filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted; and

**WHEREAS**, on August 2, 2013, Plaintiffs filed a First Amended Complaint, wherein Plaintiffs addressed the alleged pleading defects contained in the cause of action set forth in Count II of the Complaint based upon breach of contract; and

**WHEREAS**, on August 6, 2013, Plaintiffs filed their opposition to Defendants' Motion to Dismiss, as well as a Motion to Strike the affidavits submitted in support of Defendants' Motion to Dismiss; and

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the Plaintiffs and Defendants in the above captioned action, that: (1) the branch of Defendants' Motion to Dismiss Count II of Plaintiffs'

Complaint pursuant to Rule 12(b)(6) is hereby withdrawn without prejudice; and (2) Defendants' Motion to Dismiss and Plaintiffs' opposition to Defendants' Motion to Dismiss and Plaintiffs' Motion to Strike shall be addressed with respect to the First Amended Complaint.

Dated: August 12, 2013  HERZOG LAW FIRM P.C.

By: /s/ James M. Reilly
James M. Reilly, Esq.
(Bar Roll # 102425)
Attorney for Defendants
Anthony Dawson and Morris Freedman
7 Southwoods Boulevard
Albany, New York 12211
Tel: (518) 465-7581 Ext. 103
e-mail: jreilly@herzoglaw.com

Dated: August 12, 2013  THE WEST FIRM, PLLC

By: /s/ Thomas S. West
Thomas S. West, Esq.
(Bar Roll # 102812)
Attorney for Defendants
Anthony Dawson and Morris Freedman
677 Broadway, 8th Floor
Albany, New York 12207
Tel.: (518) 641-0503
Fax: (518) 615-1500
E-mail: twest@westfirmlaw.com

DATED: August 12, 2013					MANKO, GOLD, KATCHER & FOX, LLP

By: /s/ Kathleen B. Campbell
Kathleen B. Campbell, Esq.
(Bar Roll #: 107068)
Michael C. Gross, Esq.
(Bar Roll #: 107069)
Admitted *Pro Hac Vice*
401 City Avenue, Suite 500
Bala Cynwyd, PA 19004
Phone: (484) 430-5700
Fax: (484) 430-5711
kcampbell@mankogold.com

Daniel Riesel, Esq. (Bar Roll #: DR9777)
SIVE PAGET & RIESEL, P.C.
460 Park Avenue, 10th Floor
New York, NY 10022
Phone: (212) 421-2150
Fax: (212) 421-1891

So Ordered:

_____
8/13/13