UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMDEN IRON AND METAL, INC. and<br>EASTERN METAL RECYCLING, INC.<br><br>Plaintiffs<br><br>v.<br><br>ANTHONY DAWSON and MORRIS<br>FREEDMAN<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>: Case No. 1:13-cv-00490-DNH-RFT<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the undersigned counsel that all claims asserted in this action are hereby dismissed with prejudice and without costs.

/s/ Kathleen B. Campbell
Kathleen B. Campbell
Manko, Gold, Katcher & Fox, LLP
401 City Avenue, Suite 901
Bala Cynwyd, PA 19004
Phone: (484) 430-2316
Fax: (484) 430-5711
kcampbell@mankogold.com
Attorney for Plaintiffs

/s/ James M. Reilly
James M. Reilly
Herzog Law Firm
7 Southwoods Blvd.
Albany, NY 12211
Phone: (518) 645-7581, ext. 185
Fax: (518) 462-2743
Jreilly@herzoglaw.com
Attorney for Defendants

/s/ Daniel Riesel
Daniel Riesel
SIVE PAGET & RIESEL, P.C.
460 Park Avenue, 10th Floor
New York, NY 10022
Phone: (212) 421-2150
Fax: (212) 421-1891
driesel@sprlaw.com
Attorney for Plaintiffs

APPROVED AND SO ORDERED:

_____
J.

DATED: February 28, 2014

1244737